No. 99–5450. SIMPSON v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 99–5451. ROBERTS v. DAVIS. Sup. Ct. Nev. Certiorari denied.

No. 99–5452. MAZZARELLA v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 99–5453. ISBY v. DUCKWORTH, SUPERINTENDENT, CORRECTIONAL INDUSTRIAL FACILITY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–5454. LAWSON v. MISSISSIPPI DEPARTMENT OF CORRECTIONS. Sup. Ct. Miss. Certiorari denied.

No. 99–5455. AUSTIN v. DEPARTMENT OF THE TREASURY. C. A. Fed. Cir. Certiorari denied.

No. 99–5456. CALVIN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5457. CAIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5458. CASAPINI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–5459. BELL v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 99–5460. CHAMPION v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5461. CLARKSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–5462. BAKER v. PITZER, WARDEN. C. A. 6th Cir. Certiorari denied.